1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr1120-H |
|---|---|
| Plaintiff, | FINAL ORDER OF CRIMINAL FORFEITURE |
| v. | |
| THANH NGUYEN, | |
| Defendant. | |

WHEREAS, in the Superseding Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in a firearm of Defendant THANH NGUYEN ("Defendant"), pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as a firearm and ammunition involved in the alleged violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) as charged in Count 1 of the Superseding Indictment; and

WHEREAS, on or about January 16, 2024, Defendant pled guilty without a written plea agreement before Magistrate Judge Allison H. Goddard to Count 1 the Superseding Indictment charging the Defendant with felon in possession of firearms and ammunition violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2) and agreed pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) to forfeit all property seized in connection with this case, including but not limited to, forfeiture of the following:

//

      a.    .22 caliber Ruger Mark 1 handgun and misc. ammunition;

      b.    $160.96 in United States Currency; and

WHEREAS, on January 31, 2024, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts admitted at the time of the guilty plea, the Court finds that the United States has established the requisite nexus between the forfeited properties and the offenses; and

WHEREAS, the .22 caliber Ruger Mark 1 handgun and misc. ammunition are currently in the custody of the San Diego Police Department; and

WHEREAS, the $160.96 in United States Currency is not subject to forfeiture and should be returned to the Defendant; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced firearm and ammunition, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced firearm and ammunition which is hereby found forfeitable by the Court; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant to Count 1 of the Superseding Indictment, all right, title and interest of Defendant THANH NGUYEN in the following .22 caliber Ruger Mark 1 handgun and misc. ammunition which are currently in the custody of the San Diego Police Department are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).  The Court further orders that the San Diego Police Department shall dispose of the firearm and ammunition according to law, when no longer needed for evidence.

2. The United States Marshals is to return the $160.69 in United States Currency to the Defendant.

3. No ancillary proceedings or further forfeiture action for these assets are required as to Defendant THANH NGUYEN for this criminal case.

4. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgement.

DATED: 4/15/2024

_____
Honorable Marilyn L. Huff
United States District Judge